AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JEFFREY SCHRECK,<br><br>**Defendant** | )<br>)<br>) Case No. 5:26-mj-00027(TWD)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the dates of July 2025 to present in the county of Oneida in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
See attached affidavit

☒  Continued on the attached sheet.

NICHOLAS R HUGHES
Digitally signed by NICHOLAS R HUGHES
Date: 2026.02.03 11:53:01 -05'00'

*Complainant's signature*

Nicholas Hughes, Special Agent

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: February 3, 2026

*Judge's signature*

City and State:  Syracuse, New York      Hon. Thérèse Wiley Dancks, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT
## OF A CRIMINAL COMPLAINT

I, Nicholas Hughes, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of criminal complaint charging JEFFREY SCHRECK with violation of Title 18, United States Code, Sections 2252A(a)(2)(A) (receipt of child pornography) and 2252A(a)(5)(B) (possession of child pornography), as more fully described below.

2. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigation ("HSI") and have been since March 2022. I have successfully completed the Criminal Investigative Training Program and the HSI Special Agent Training at the Federal Law Enforcement Center in Brunswick, Georgia. While in those programs, I received training in investigations related to child exploitation, human exploitation, narcotics, smuggling, immigration, and other criminal activity. Prior to working as a Special Agent, I was a United States Border Patrol Agent in San Diego, California. I also have a Bachelor of Science Degree in Homeland Security.

3. As part of my duties as an HSI Agent, I actively investigate criminal violations relating to the exploitation of children including violations pertaining to the distribution, possession, receipt, and trafficking of child pornography in violation of the United States Code. I have received additional training regarding child pornography and have had the opportunity to observe and review numerous examples of child pornography in many forms, including video and computer media.

1

4.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all my knowledge about this matter.

5.  Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that JEFFREY SCHRECK has violated Title 18, United States Code, Sections 2252A(a)(2)(A) (receipt of child pornography) and 2252A(a)(5)(B) (possession of child pornography), and does not set forth all my knowledge about this matter.

## PROBABLE CAUSE

6.  Between July 19, 2025, and November 11, 2025, the National Center for Missing and Exploited Children (NCMEC) received information from internet service provider Synchronoss on eight separate occasions and reported that information to law enforcement in CyberTipline Reports 216535075, 216693421, 216923627, 220901364, 22095891, 222554733, 222695054, and 223456621 (the "CyberTip Reports"). Each of the CyberTipline Reports indicated that Child Pornography had been uploaded over the internet to an account owned by JEFFREY SCHRECK. All CyberTipline reports state that the entire contents of uploaded files were viewed by a human being at the reporting ESP. I have reviewed the files as well. The following are descriptions of the files that were uploaded to the account owned by SCHRECK, and reported to NCMEC by Synchronoss in the following 5 reports:

    a.  CyberTipline Report 216923627 reports the upload of a video file, file name ending in **ca6ac**. The file is approximately 5 minutes and 3 seconds long and depicts an adult female engaging in mouth to penis conduct with a male child who appears to be approximately 11 – 13 years old.

2

 b. CyberTipline Report 216693421 reports the upload of five videos, including a video file, file name ending in **5d8c6**. The file is approximately 28 seconds in length and depicts a minor female child approximately 10-12 years old, naked from the waist down, repeatedly penetrating her anus with a hairbrush.

 c. CyberTipline Report 220901364 reports the upload of two videos, including a video file, file name ending in **l9b98**. The file is approximately 2 minutes and 50 seconds in length, and depicts two minor female children, one who appears approximately 7 to 9 years old, and another approximately 10 to 12 years old. The only article of clothing both minor females are wearing is underwear. The video begins by depicting the two minor females kissing. At approximately 1 minute and 10 seconds, the older child removes the underwear worn by the younger child, and shortly thereafter she begins licking the younger child's vagina.

 d. CyberTipline Report 222695054 reports the upload of a video file, name ending in **00028**. The file is approximately 2 minutes and 19 seconds in length. The video depicts a minor female child approximately 12 to 14 years old exposing her vagina and anus to the camera. At approximately 56 seconds, the minor female child is depicted penetrating her vagina with a hairbrush.

 e. CyberTipline Report 216535075, reports the upload of a video file, file name ending in **d8627**. The file is approximately 15 minutes and 12 seconds in length. The video is a collage of numerous other videos, which all have a theme of minor female children dancing and posing in different stages of undress. The minor children in this video vary in ages, from approximately 6 to 14 years old. There are numerous scenes containing two minor female children in stages of undress kissing, along with numerous scenes of minor female children in poses where the camera focuses on the lascivious exhibition of their exposed vaginas and anuses.

7. Based on these 5 CyberTipline reports, a search warrant, authorized by the Honorable Therese Wiley Dancks, United States Magistrate Judge, Northern District of New York, was executed on the Synchronoss account owned by JEFFREY SCHRECK[1].

8. In response to the warrant, Synchronoss provided the content contained within the account owned by SCHRECK. Approximately 9 video files of child sexual abuse material

---

[1] At the time of the search warrant execution on the Synchronoss account, law enforcement had only received 5 of 8 total CyberTipline reports from NCMEC.

3

(CSAM) unrelated to the 5 previously mentioned CyberTipline Reports were found within the account. The following are descriptions of three of those files:

    a. A video file, file name ending in **f47af**, which is approximately 24 seconds in length. The video depicts a minor female child who appears approximately 7 to 9 years old. The child appears to be wearing and bra and is naked from the waist down. The minor female child is penetrating her vagina with a toothbrush. At the 17 second mark, the minor female child stands up, and a dog begins licking her vagina for the remainder of the video. This video file is associated with NCMEC CyberTipline Report # 222554733, which law enforcement received after the execution of the search warrant on SCHRECK's Synchronoss account.

    b. A video file, file name ending in **5_373.mp4**, which is approximately 1 minute in length. The video depicts a minor female child who appears approximately 13-15 years old. The minor female child is naked from the waist down. Throughout the entire video, a dog can be seen licking the vagina of the minor female child.

    c. A video file, file name ending **4_234.mp4**. which is approximately 35 seconds in length. The video depicts a fully nude minor female child approximately 9 to 11 years old, and another fully nude minor female child approximately 10 to 12 years old. The entire video depicts both minor female children taking turns licking each other's breasts. This video file was associated with NCMEC CyberTipline Report # 220959891, which law enforcement received after the execution of the search warrant on SCHRECK's Synchronoss account.

9. Also found within SCHRECK's Synchronoss account were numerous selfie images and videos depicting SCHRECK. Other images found within the return depict documents addressed to SCHRECK at his residence address in Utica, New York.

10. Additionally, the CyberTipline reports show SCHRECK's linked phone number of (315)[XXX]-5305 associated with the uploads. This same phone number appears on SCHRECK'S National Grid account.

11. A review of SCHRECK's criminal history shows that on December 19, 1997, he was convicted in Oneida County Court of two counts of Sodomy in the Second Degree, in violation

of New York Penal Law, Section 130.45, and sentenced to two consecutive terms of 2 – 6 years in state prison. Schreck is listed as a Level 2 registered Sex Offender with the State of New York.

12. On today's date, your affiant and other law enforcement executed a search warrant authorized by this Court for the residence, vehicle and person of JEFFREY SCHRECK. A Samsung Galaxy S25 Edge was seized from the person SCHRECK, along with a tablet seized from his residence.

13. SCHRECK was brought to NYSP Marcy Barracks for further questioning. During a Mirandized interview, Schreck admitted on numerous occasions that unknown individuals on the social media app Telegram have sent child sexual abuse material to him, including the following:

   a. SCHRECK admitted that the video described above in paragraph 8a, associated with CyberTipline Report 222554733, was sent to him by an unknown user.

   b. SCHRECK admitted that the video described above in paragraph 6d, associated with CyberTipline Report 222695054, was sent to him by an unknown user.

   c. SCHRECK admitted that the video described above in paragraph 8b was sent to him by an unknown user. This video was also located within the search warrant return of SCHRECK's Synchronoss account.

14. A preview of the photo gallery of SCHRECK'S Samsung Galaxy S25 Edge cellular telephone found that SCHRECK possessed child pornography on the device, including a video file ending in file number 282.mp4, which is approximately 31 minutes and 54 seconds in length. This video depicts three nude minor female children approximately 10 to 12 years old. At approximately 8 minutes into the video, one of the minor female children is depicted penetrating her vagina with a cylindrical sex toy. At approximately 11 minutes into the video, an adult male penis is depicted

penetrating the vagina of one of the female children. At approximately 21 minutes and 46 seconds into the video, a minor female child is depicted being subjected to mouth to penis contact with an adult male.

### CONCLUSION

15.   Based on the information provided in this affidavit, your affiant respectfully submits that there is probable cause to believe JEFFREY SCHRECK has violated 18 U.S.C. §§ 2252A(a)(2)(A)(receipt of child pornography) and 2252A(a)(5)(B) (possession of child pornography), and requests that a criminal complaint charging those violations of federal law be issued.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

NICHOLAS R HUGHES
Digitally signed by NICHOLAS R HUGHES
Date: 2026.02.03 11:53:47 -05'00'

Nicholas Hughes, Special Agent
Homeland Security Investigations

I, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by videoconference on February 3, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Thérèse Wiley Dancks
United States Magistrate Judge